# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MADELINE WORKMAN,

    Plaintiff

v.

HOME DEPOT U.S.A. INC.,

    Defendant

Case No.: 2:24-cv-02056-APG-DJA

**Order Striking Certificate of Interested Parties**

    I ORDER that defendant Home Depot U.S.A. Inc.'s certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Home Depot's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the defendant to file a proper certificate of interested parties by December 2, 2024.

    DATED this 18th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE