MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
mhall@hallhernandez.com
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
ksmith@hallhernandez.com

**HALL HERNANDEZ SMITH**
7425 Peak Drive, Suite 100
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Home Depot U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MADELINE WORKMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A. INC. dba THE HOME DEPOT #3316, a Foreign Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02056-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MADELINE WORKMAN and Defendant HOME DEPOT U.S.A. INC. dba THE HOME DEPOT #3316, by and through their respective attorneys of record, that all of Plaintiff's claims in this matter against Defendant be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

. . .

. . .

. . .

DATED this 2nd day of October, 2026.

**HALL HERNANDEZ SMITH**

*/s/ Kevin S. Smith*
Michael R. Hall, Esq.
Nevada Bar No. 5978
Kevin S. Smith, Esq.
Nevada Bar No. 7184
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

Dated this 2nd day of October, 2026

**THE702FIRM INJURY ATTORNEYS**

/s/ _ *Matthew P. Pawlowski*
MICHAEL C. KANE, ESQ.
Nevada Bar No.10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
MATTHEW P. PAWLOWSKI, ESQ.
8335 West Flaming Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: October 16, 2026

*Respectfully submitted by:*

**HALL HERNANDEZ SMITH**

*/s/ Kevin S. Smith*

MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendant
*Home Depot U.S.A., Inc.*